LAW OFFICE OF
# BENJAMIN SILVERMAN

224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

August 17, 2021

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: *United States v. Donnell Bruns*, 21 Cr. 499 (PAE)

Your Honor:

      I represent Donnell Bruns in the above-captioned case and I write respectfully to request permission for Mr. Bruns to appear by phone for the August 19 conference. Mr. Bruns was released from the MDC last Friday, August 13, following four days in custody. Under the Southern District's Ninth Amended Standing Order, he is not permitted to enter the courthouse to attend a conference until August 27. Standing Order, 21-mc-164 (S.D.N.Y. Aug. 6, 2021) (prohibiting entry by "[p]ersons who have been released from a federal, state or local jail, prison or other correctional institution within the last 14 days, except those who are reporting to be fit with a location monitoring device."). Mr. Bruns, however, consents to appear by phone under the CARES Act. His executed waiver form is attached. He authorized me to sign it on his behalf. Thank you for your consideration.

      Respectfully submitted,

      /s/ Benjamin Silverman
      Benjamin Silverman

---

**GRANTED.** The Court, however, expects that counsel for Mr. Bruns will appear in person at the August 19 conference. The Clerk of Court is requested to terminate the motion at Dkt. No. 31.

8/18/2021

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge