LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

August 23, 2021

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *United States v. Donnell Bruns*, 21 Cr. 499 (PAE)

Your Honor:

    I represent Donnell Bruns in the above-captioned case and I write with the government's and Pretrial Services' consent respectfully to request that Mr. Bruns' bond be modified to permit him to buy groceries and do laundry on a schedule set by Pretrial Services. Mr. Bruns was granted bail at his presentment on August 10 with conditions including home incarceration. Pretrial Services Officer Joshua Rothman informs me that under a recent nationwide Pretrial Services policy change, explicit permission must be granted to permit Pretrial to set a schedule for Mr. Bruns to shop for food and do laundry.

    I therefore respectfully request that the Court endorse this letter to modify Mr. Bruns' bond to permit him to shop for groceries and do laundry on a schedule set by Pretrial Services. Pretrial Officer Joshua Rothman and AUSA Kedar Bhatia both consent to this request. Thank you for your consideration.

    Respectfully submitted,

    /s/ Benjamin Silverman
    Benjamin Silverman

cc: AUSA Kedar Bhatia (by ECF)
    Pretrial Officer Joshua Rothman (by email)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 44.

8/23/2021

SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge