LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

October 22, 2021

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Donnell Bruns*, 21 Cr. 499 (PAE)

Your Honor:

I write with the government's and Pretrial Services' consent respectfully to request that Donnell Bruns's bail be modified to replace home incarceration with home detention. Mr. Bruns was released on August 13, 2021, on a $50,000 bond signed by two financially responsible persons and conditions including electronic monitoring and drug treatment as directed by Pretrial. Mr. Bruns would like to get a job – either at the Parks Department or working for Samaritan, where he receives treatment – and that is only possible if he is switched to home detention.

I conferred with Assistant United States Attorney Kedar Bhatia and Pretrial Services Officer Joshua Rothman, and they both consent to this request. For the foregoing reasons, I respectfully request that the Court endorse this letter to modify Mr. Bruns' bail terms from home incarceration to home detention. Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 70.

SO ORDERED.   10/25/2021

_____
PAUL A. ENGELMAYER
United States District Judge