LAW OFFICE OF
# BENJAMIN SILVERMAN

224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

November 19, 2021

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *United States v. Donnell Bruns*, 21 Cr. 499 (PAE)

Your Honor:

    I represent Donnell Bruns in the above-captioned case and I write respectfully to request permission for him to spend Thanksgiving Day with family in New Jersey. The government takes no position and Pretrial Services responded as follows: "[O]ur office opposes all social leave requests for individuals on home incarceration and home detention. Therefore, we do not consent to your client traveling to NJ for the holiday."

    Mr. Bruns was released on August 13, 2021, on a $50,000 bond signed by two financially responsible persons and conditions including electronic monitoring and drug treatment as directed by Pretrial. He has been out without incident and attending drug treatment.

    If the request is granted, Mr. Bruns' girlfriend, Natasha Phillips, would pick him up at 9:00 AM on Thanksgiving day and drive him home, arriving back no later than 9:00 PM that evening. I conferred with AUSA Kedar Bhatia, who takes no position, and Pretrial Services, which responded as noted above.

    For the foregoing reasons, I respectfully request that the Court endorse this letter to permit Mr. Bruns to spend Thanksgiving with family in New Jersey, leaving 9:00 am and returning by 9:00 pm. Thank you for your consideration.

    Respectfully submitted,

    /s/ Benjamin Silverman
    Benjamin Silverman

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 76.

11/22/2021
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge