LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

November 21, 2021

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Donnell Bruns*, 21 Cr. 499 (PAE)

Your Honor:

I represent Donnell Bruns in the above-captioned case and I write respectfully to request permission for him to attend his cousin's funeral on November 22, 2021, at the Unity Funeral Chapel at 2352 8th Avenue in Manhattan from 3:00-6:00 pm. Mr. Bruns was released on August 13, 2021, on a $50,000 bond signed by two financially responsible persons and conditions including electronic monitoring and drug treatment as directed by Pretrial. He has been out without incident and attending drug treatment.

I conferred with AUSA Kedar Bhatia and Pretrial Officer Jonathan Lettieri, and they both take no position on this request. Mr. Lettieri advises that court approval is necessary because the deceased is not an immediate family member.

For the foregoing reasons, I respectfully request that the Court endorse this letter to permit Mr. Bruns to attend his cousin's funeral on November 22, 2021, from 3:00 pm to 6:00 pm. Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman

GRANTED. The Clerk of Court is requested to terminate the motion at Dkt. No. 77.

11/22/2021
SO ORDERED.

*Paul A. Engelmayer* (signature)
PAUL A. ENGELMAYER
United States District Judge