LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

July 6, 2022

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Donnell Bruns*, 21 Cr. 499 (PAE)

Your Honor:

I write with the government's consent respectfully to request a brief adjournment of Donnell Bruns' sentencing in the above-captioned case – presently scheduled for August 9 – to September 6, 2022, at 2:00 pm. I understand from Mr. Smallman that that is a date and time when the Court is available, and both parties are as well. The reason for the request is to allow a few additional weeks for me to receive records that I believe will be helpful to the Court in evaluating an appropriate sentence. I conferred with AUSA Kedar Bhatia who informs me that the government consents to the request. Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman

cc: Counsel of record (by ECF)

**GRANTED.** Sentencing is adjourned to September 6, 2022 at 2:00 p.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 162.

7/6/2022

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge