LAW OFFICE OF
# BENJAMIN SILVERMAN

224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

August 17, 2022

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *United States v. Donnell Bruns*, 21 Cr. 499 (PAE)

Your Honor:

  I write with the government's consent respectfully to request a brief adjournment of Donnell Bruns' sentencing in the above-captioned case – presently scheduled for September 6 – to October 13, 2022, at 2:00 pm. I understand that that is a date and time when the Court is available, and both parties are as well. The reason for the request is to allow a few additional weeks for me to receive records that I believe will be helpful to the Court in evaluating an appropriate sentence. I conferred with AUSA Kedar Bhatia who informs me that the government consents to the request. This is the second request to continue Mr. Bruns' sentencing. We have confidence that we will be ready to proceed on October 13. Thank you for your consideration.

            Respectfully submitted,

            /s/ Benjamin Silverman
            Benjamin Silverman

cc: Counsel of record (by ECF)

**GRANTED.** Sentencing is adjourned to October 13, 2022 at 2:00 p.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 180.

      SO ORDERED.      8/18/2022

            */s/ Paul A. Engelmayer*
            PAUL A. ENGELMAYER
            United States District Judge